S.W.2d 888 and Williams v. State, 161 Tex.Cr.R. 500, 279 S.W.2d 348.

Appellant's remaining contentions relate to certain questions propounded by state's counsel to the witness, Suseda, to which appellant either did not object or when an objection was made, it was sustained by the court and the jury instructed not to consider the same. Such contentions are overruled.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

**Ex parte O. G. MARYLAND.**

**No. 29501.**

Court of Criminal Appeals of Texas.

Dec. 18, 1957.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is an appeal from the order of the judge of the Criminal District Court No. 3 of Harris County, refusing to discharge the relator (in the court below, appellant here) from the custody of the sheriff of that county.

The warrant of arrest upon which the sheriff retained the appellant states that he is charged with rape and constitutes a sufficient showing to warrant the action of the trial court.

The record contains no statement of facts or bills of exception.

The judgment is affirmed.